UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NELSON PINERO,

                    Plaintiff,

          -against-

NYPD OFFICER BURBRAN PIERRE,NYPD
OFICER MICHAEL BRENNER, NYPD
OFFICER JOEL ESPINOSA, and NYPD
OFFICER GENE RUDA,

                    Defendants.

-----------------------------------------------------------X

**ORDER**

18 Civ. 4698 (AJN) (GWG)

**Honorable Gabriel W. Gorenstein, Chief United States Magistrate Judge**

      Upon the application of the defendant for leave to take the deposition of plaintiff Nelson Pinero, an inmate, and the Court having granted leave for the taking of plaintiff Nelson Pinero's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Warden or other official in charge of the Otis Bantum Correctional Center, located in East Elmhurst, New York, produce inmate Nelson Pinero, B&C No. 3492000899, within the facility for the taking of his deposition by video conference on **August 12, 2020, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues;

      **IT IS FURTHER ORDERED** that Plaintiff Nelson Pinero appear in such place as designated by the Warden or other official in charge of Otis Bantum Correctional Center so that his deposition may be taken; and

      **IT IS FURTHER ORDERED** that also present at the deposition will be a court reporter to be designated by defendants as well as the attorneys for defendants and plaintiff.

Dated:   July 8, 2020
         New York, New York

SO ORDERED,

_____                              _____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE