UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

NELSON PINERO,
                                                :      <u>ORDER</u>
               Plaintiff,                      18 Civ. 4698 (AJN) (GWG)
                                                :

   -v.-
                                                :

OFFICER PIERRE BURBRAN, et al.,
                                                :

               DefendantS.        :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The deadlines for the completion of discovery and the filing of summary judgment motions having expired (<u>see</u> Docket # 47), the parties are ordered to file the pre-trial submissions required by Section 6 of Judge Nathan's Individual Practices <u>on or before October 13, 2020.</u>

       SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge

Copies to:

Nelson Pinero
B&C No: 3481800089
Otis Bantum Correctional Center (OBCC)
1600 Hazen Street
East Elmhurst, New York  11370