# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Nelson Pinero,

                Plaintiff,                 18 **CIVIL** 4698 (AJN)

      -against-                            **JUDGMENT**

Officer Pierre Burbran, *et al.*,

                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated September 16, 2021, Defendants' motion for summary judgment is GRANTED and judgment is entered in Defendants' favor; accordingly, this case is closed.

**Dated:**  New York, New York
           September 16, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                              **Clerk of Court**
                                      **BY:**
                                                              **Deputy Clerk**